# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Sonoko Lee Stewart ) | Case No: CR407-00045-002 |
| ) | USM No: 13070-021 |
| Date of Previous Judgment: July 24, 2007 ) | Brian L. Daly |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED.  [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:    31                Amended Offense Level:    31
Criminal History Category: III               Criminal History Category: III
Previous Guideline Range: 135 to 168 months  Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**: The amendment to the crack cocaine guideline does not result in a change to the defendant's advisory guideline range. In addition, the Court notes that the defendant has already benefitted substantially by virtue of the U.S.S.G. § 5K1.1 motion filed in her case.

Except as provided above, all provisions of the judgment dated July 24, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    March 13, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____           For the Southern District of Georgia
(if different from order date)                  Printed name and title