AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

2008 MAY 29 AM 10: 17

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Sonoko Lee Stewart ) | Case No: CR407-00045-002 |
| ) | USM No: 13070-021 |
| Date of Previous Judgment: July 24, 2007 ) | Brian L. Daly |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___112___ months **is reduced to** ___106 months___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: ___31___   Amended Offense Level: ___29___
Criminal History Category: ___III___   Criminal History Category: ___III___
Previous Guideline Range: ___135___ to ___168___ months   Amended Guideline Range: ___120___ to ___135___ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other (explain):   This sentence represents a 12 percent reduction below the minimum of the advisory guideline range and the Court notes the original sentence represented a 17 percent reduction below the minimum of the advisory guideline range.

### III. ADDITIONAL COMMENTS:

Except as provided above, all provisions of the judgment dated ___July 24, 2007,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___May 29, 2008___

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                    Printed name and title